DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

MELISSA S. WEINER (admitted *pro hac vice*)
mweiner@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

JEFFREY KALIEL (Bar No. 238293)
jkaliel@kalielpllc.com
SOPHIA GOLD (Bar No. 307971)
sgold@kalielpllc.com
**KALIEL PLLC**
1875 Connecticut Ave. NW, 10th Floor
Washington, D.C.  20009
Telephone: (202) 350-4783
Facsimile: (202) 871-8180

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| R.A., a minor, by and through his Guardian, Steve Altes, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Epic Games, Inc.,<br><br>Defendant. | CASE NO. 2:19-cv-01488-GW-E<br><br>**CLASS ACTION**<br><br>**DECLARATION OF STEVE ALTES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION OR TRANSFER**<br><br>Date: July 11, 2019<br>Time: 8:30 AM<br>Crtrm.: 9D |

     Steve Altes declares under penalty of perjury of the laws of the United States as follows:

1. I am the father of R.A. and appointed as Guardian Ad Litem to R.A. in this action. I have personal knowledge of the facts stated herein, and I am otherwise competent to testify. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration or Transfer.

2. I did not download or install Fortnite on R.A.'s computer or create an account with Epic Games, Inc. ("Epic"). I did not ever see, read or agree to Epic's End User License Agreement ("EULA") in October of 2017.

3. I did not access R.A.'s Epic account or see, read or agree to Epic's amended EULA in March of 2019 or at any other time.

4. I did not give R.A. my permission to click "I Accept" to the 2017 or 2019 EULAs.

5. To my knowledge, there are no safeguards in place requiring my presence or acceptance of any user terms.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2019 at Valencia, California.

*[signature: Steve Altes]*
Steve Altes

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403